UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JEANNE OMLOR,

                              Plaintiff,                            24-CV-10057 (AT)(SN)

           -against-                                     **ORDER**

ALFONSO AMELIO,

                              Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Defendant Alfonso Amelio removed this case from the Supreme Court, New York County. ECF No. 1. In Defendant's Notice of Removal, he attaches copies of Plaintiff's Statement of Net Worth, W-2 Wage and Tax Statement, federal and state income tax documents, and personal banking records. Many of these documents include Plaintiff and minor children's social security numbers, and Plaintiff's personal bank account numbers.

       "Courts have recognized a privacy interest in certain banking information, particularly where such information may reveal sensitive personal financial information that could be misused if publicly released or that may cause a personal safety issue or embarrassment to the customer." Averbach v. Cairo Amman Bank, No. 19-cv-0004 (GHW)(KHP), 2023 WL 4144758, at *3 (S.D.N.Y. June 23, 2023) (citing Prescient Acquisition Grp., Inc. v. MJ Pub. Tr., 487 F. Supp. 2d 374, 377 (S.D.N.Y. 2007) (recognizing that the disclosure of bank account numbers and social security numbers "could raise a personal safety issue")).

Accordingly, within **one week** of receiving this Order, Defendant is ORDERED to file a copy of the notice of removal with the following redactions:

- Jeanne Omlor's Social Security Number on pages 135, 144-172
- Oona Carysse Amelio's Social Security Number on pages 145, 166, 170
- Solene Ines Amelio's Social Security Number on pages 145, 166, 170
- Jeanne Omlor's personal banking records at pages 173-176

If Defendant is unable to redact the information, he may refile his Notice of Removal with these pages omitted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 5, 2025
         New York, New York