UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEANNE OMLOR,

                    Plaintiff,

          -against-

ALFONSO AMELIO,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2025
```

24 Civ. 10057 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed Defendant *pro se*'s third request for an extension of time to file his objections to the Honorable Sarah Netburn's Report and Recommendation.  ECF No. 20; *see also* ECF No. 19 (order granting in part Defendant's second request for an extension); ECF No. 17 (order granting Defendant's first request).  The request is GRANTED.  Accordingly, by **September 26, 2025**, Defendant shall file his objections to Judge Netburn's Report and Recommendation.

        Defendant is advised that no further extensions will be granted absent exceptionally good cause shown.  The Clerk of Court is respectfully directed to terminate the motion at ECF No. 20 and mail a copy of this order to Defendant *pro se*.

        SO ORDERED.

Dated:  September 23, 2025
         New York, New York

ANALISA TORRES
United States District Judge